IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 1 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-00946-BNB

LEROY MIKE QUINTANA,
        Plaintiff,

v.

JOHN DOE #1, Colorado Department of Corrections Classification Panel Member,
JOHN DOE #2, Colorado Department of Corrections Classification Panel Member,
JOHN DOE #3, Colorado Department of Corrections Classification Panel Member,
CHAD CHIDDICK, Pueblo, Colorado, Parole Officer,
JOHN DOE #4, Mental Health Therapist, Sex Offender Treatment Program,
JOHN DOE #5, Mental Health Therapist, Sex Offender Treatment Program,
WENDY KENDALL, Colorado Springs, Colorado, Parole Officer,
JANE DOE #1, Colorado Springs, Colorado, Parole Officer, and
JAMIE SOUCIE, M.S. Mental Health Therapist, Sterling Correctional Facility,
        Defendants.

---

ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the

court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED at Denver, Colorado, this 1st day of July, 2009.

BY THE COURT:

s/Craig B. Shaffer
CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00946-BNB

Leroy Mike Quintana
Prisoner No.  117400
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/01/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk