IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 21 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-00946-CMA-KLM

LEROY MIKE QUINTANA,

      Plaintiff,

v.

JOHN DOE #1, Colorado Department of Corrections Classification Panel Member,
JOHN DOE #2, Colorado Department of Corrections Classification Panel Member,
JOHN DOE #3, Colorado Department of Corrections Classification Panel Member,
CHAD CHADDICK, Pueblo, Colorado, Parole Officer,
JOHN DOE #4, Mental Health Therapist, Sex Offender Treatment Program,
JOHN DOE #5, Mental Health Therapist, Sex Offender Treatment Program,
WENDY KENDALL, Colorado Springs, Colorado, Parole Officer,
JANE DOE #1, Colorado Springs, Colorado, Parole Officer, and
JAMIE SOUCIE, M.S. Mental Health Therapist, Sterling Correctional Facility,

      Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED: July __20__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00946-CMA-KLM

Leroy Mike Quintana
Prisoner No. 117400
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Chad Chaddick, Wendy Kendall,
and Jamie Soucie – **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Chad Chaddick, Wendy Kendall, and Jamie Soucie : AMENDED COMPLAINT FILED 06/25/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/21/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk